IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ALDEN PAULINE, #A0256259, | ) | CIV. NO. 13-00612 HG-RLP |
| Plaintiff, | ) | |
| vs. | ) | |
| WARDEN ESPINA, et al., | ) | |
| Defendants. | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (ECF No. 105)

Findings and Recommendation having been filed and served on all parties on November 26, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation: Re: Request for Court Hearing; Order to Show Cause Re: Unnamed HCf Medical Staff; Order Denying in Part and Granting in Part Request to Amend or Supplement Complaint (ECF No. 105) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: December 23, 2014, Honolulu, Hawaii.



/s/ Helen Gillmor
Helen Gillmor
United States District Judge