IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ALDEN PAULINE, #A0256259, | ) | CV 13-00612 HG-RLP |
| Plaintiff, | ) | |
| vs. | ) | |
| WARREN ESPINDA, ET AL. | ) | |
| Defendants. | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (ECF No. 116)

Findings and Recommendation having been filed and served on all parties on January 13, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Dismiss Without Prejudice Defendants Kenny, Rich, Law, Ray, The Unnamed HCF Medical Staff, And Unnamed HCF COS" (ECF No. 116) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: February 5, 2015, Honolulu, Hawaii.



/s/ Helen Gillmor
Helen Gillmor
United States District Judge